IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>vs.<br><br>MARY ALICE JENSEN, Personal Representative of the Estate of Howard K. Jensen,<br><br>        Respondent. | 8:13CV229<br><br>ORDER |

      Upon consideration of the United States' Motion to Compel Compliance with Internal Revenue Service Summons (Filing No. 5), and for good cause shown,

      **IT IS ORDERED:**

      1.    The allegations in the Petition (Filing No. 1) are deemed admitted.

      2.    The Respondent, Mary Alice Jensen, shall comply with the summons attached to the Petition by **September 30, 2013**.

      3.    The United States shall promptly inform the Court of the Respondent's full compliance or non-compliance with the Summons.

      4.    If the Respondent fails to comply with the summons by September 30, 2013, that the Respondent shall appear before the United States District Court in Omaha, Nebraska, at the Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, at 10:00 a.m. on the 4th day of October 2013, in Courtroom 7, to show cause why the Respondent should not be held in contempt of this Order.

      5.    The Clerk's Office mail a copy of this Order to the Respondent at the following address:

                Ms. Mary Alice Jensen
                7523 Jaynes Street
                Omaha, NE 68134

      Dated this 17th day of September, 2013.

                BY THE COURT:
                s/ Thomas D. Thalken
                United States Magistrate Judge