IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MARY ALICE JENSEN, Personal Representative of the Estate of Howard K. Jensen;<br><br>                    Defendant. | 8:13CV229<br><br>CONSENT TO EXERCISE<br>OF JURISDICTION BY A<br>UNITED STATES MAGISTRATE JUDGE<br>AND<br>ORDER OF REFERENCE |

The parties present the court with an executed Consent to Exercise Jurisdiction by a United States Magistrate Judge. The court receives the consent as Filing No. 10. The court hereby accepts the consent and refers this matter to the United States Magistrate Judge.

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73.

Dated this 15th day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge